**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:20-CV-188 |
| | § | |
| 1.773  ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO | § | |
| COUNTY, STATE OF TEXAS;  AND | § | |
| JUAN MERCADO, ET AL., | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

_____

**COMPLAINT IN CONDEMNATION**
_____

1.      This is a civil action brought  by the United States of America at the request of the

Secretary of the Department of Homeland  Security, through the Acquisition  Program Manager,

Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate,

U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security,  for

the taking of property under the power of eminent domain through a Declaration of Taking, and

for the determination  and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction  over this action pursuant to 28 U.S.C.

§ 1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public  purpose  for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By:      *s/ N. Joseph Unruh*
         **N. JOSEPH UNRUH**
         Assistant United States Attorney
         Southern District of Texas No. 1571957
         Texas Bar No. 24075198
         1701 W. Bus. Hwy. 83, Suite 600
         McAllen, TX 78501
         Telephone: (956) 618-8010
         Facsimile: (956) 618-8016
         E-mail: Neil.Unruh@usdoj.gov

*Fee DT Complaint*

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

**DEFENDANTS**

**(b)**  County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:     IN LAND CONDEMNATION CASES, USE THE LOCATION OF
              THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
       Plaintiff

☐ 3  Federal Question
         *(U.S. Government Not a Party)*

☐ 2  U.S. Government
       Defendant

☐ 4  Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
|   & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
|   Student Loans | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
|   (Excludes Veterans) | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
|   of Veteran's Benefits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original
       Proceeding

☐ 2  Removed from
       State Court

☐ 3  Remanded from
       Appellate Court

☐ 4  Reinstated or
       Reopened

☐ 5  Transferred from
       Another District
       *(specify)*

☐ 6  Multidistrict
       Litigation -
       Transfer

☐ 8  Multidistrict
       Litigation -
       Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

☐  CHECK IF THIS IS A **CLASS ACTION**
    UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:     ☐ Yes    ☐No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# SCHEDULE A

**<u>SCHEDULE A</u>**

<u>AUTHORITY FOR THE TAKING</u>

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved May 5, 2017, as Public Law 115-31, div. F, tit. VI, 131 Stat. 135, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-MCS-2025-1
Owner:  Juan Mercado, et al.
Acres:  1.773

**Being** a 1.773 acre tract (77,212 sq ft) parcel of land, more or less, being out of a called 4.160 acres, calculated as 4.173 acres, in Hidalgo County, Texas conveyed to Ochoa Sixto, Volume 1109, Page 751. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker H100, having the following NAD83 (2011) Grid Coordinates N=16594788.77, E=1015646.60; Thence N 50°31'29" W a distance of 3943.81 feet to a found 4" iron pipe at the Northwest corner of the Ochoa Sixto tract, Volume 1109, Page 751 and the Northeast corner of the Texas Parks and Wildlife Department tract, Document Number 1993-313324, for the **Point of Commencement,** having the following coordinates: N=16597296.03, E=1012602.38.

**Thence:** S 08°29'14" W along the East line of the Texas Parks and Wildlife Department tract, Document Number 1993-313324 and the West line of the Ochoa Sixto tract, Volume 1109, Page 751, entering the I.B.W.C. Levee Right-of-Way File No. 30238-R-848H at 173.97 feet, to the North toe of the levee road, a distance of 191.05 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2025-1-1, for the **Point of Beginning,** having the following coordinates: N=16597107.07, E=1012574.18.

**Thence:** S 51°42'11" E departing said property line, departing said I.B.W.C. line, following along said toe, a distance of 205.81 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2025-1-2 for angle;

**Thence:** S 45°20'38" E along said toe, crossing the center of an existing 14 foot wide dirt road at 233 feet, crossing the center of County Road 2718 at 281 feet, a distance of 292.75 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2025-1-3=2026-1-3 for angle, said point being on the East line of the Ochoa Sixto tract, Volume 1109, Page 751 and on the West line of the Paula Ochoa ET AL tract, Volume 408, Page 8 and on the East line of the I.B.W.C. Levee Right-of-Way File No. 30238-R-848H;

**SCHEDULE C, cont'd**

**Thence:** S 36°33'11" W along said property line, along said I.B.W.C. line, departing said toe, a distance of 24.99 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2024-1-5=2025-1-4=2026-1-2 for angle, said point being the Southeast corner of the Ochoa Sixto tract, Volume 1109, Page 751 and the Northeast corner of the Texas Parks and Wildlife Department tract, Volume 3385, Page 410 and on the West line of the Paula Ochoa ET AL tract, Volume 408, Page 8 and the Southeast corner of the I.B.W.C. Levee Right-of-Way File No. 30238-R-848H;

**Thence:** N 86°57'45" W along the South line of the Ochoa Sixto tract, Volume 1109, Page 751 and the North line of the Texas Parks and Wildlife Department tract, Volume 3385, Page 410 and the South line of the I.B.W.C. Levee Right-of-Way File No. 30238-R-848H, crossing the center of County Road 2718 at 22 feet, crossing the center of an existing wall at 85.64 feet, a distance of 405.20 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-MCS-2024-1-4=2025-1-5 for angle, said point being the Southwest corner of the Ochoa Sixto tract, Volume 1109, Page 751 and the Southeast corner of the Texas Parks and Wildlife Department tract, Document Number 1993-313324 and on the North line of the Texas Parks and Wildlife Department tract, Volume 3385, Page 410 and the Southwest corner of the I.B.W.C. Levee Right-of-Way File No. 30238-R-848H;

**Thence:** N 08°31'32" E along the East line of the Texas Parks and Wildlife Department tract, Document Number 1993-313324 and the West line of the Ochoa Sixto tract, Volume 1109, Page 751 and the West line of the I.B.W.C. Levee Right-of-Way File No. 30238-R-848H, crossing the center of an existing wall at 230.17 feet, a distance of 335.61 feet, returning to the **Place of Beginning.**

# SCHEDULE D

**SCHEDULE D**

**MAP or PLAT**



LAND TO BE CONDEMNED

Tract:  RGV-HRL-2025-1
Owner:  Juan Mercado, et al.
Acreage:  1.773

## SCHEDULE D, cont'd



## SCHEDULE D, cont'd



**LEGEND:**

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.9999912484 (E.G. GRID X 0.9999912484 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 16, 2019 (TICKET NO. 1969705486).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 16, 2019 (TICKET NO. 591991099).

| MONUMENT TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-MCS-2025-1-1 | 16597107.068 | 1012574.178 |
| RGV-MCS-2025-1-2 | 16596979.523 | 1012735.696 |
| RGV-MCS-2025-1-3=2026-1-3 | 16596773.765 | 1012943.939 |
| RGV-MCS-2024-1-5=2025-1-4=2026-1-2 | 16596753.692 | 1012929.058 |
| RGV-MCS-2024-1-4=2025-1-5 | 16596775.164 | 1012524.423 |

| SHEET NO. | METES & BOUNDS SURVEY | | | |
|---|---|---|---|---|
| 5 OF 5 | OCHOA SIXTO | | | |
| | TRACT NO. RGV-MCS-2025-1 | | | |
| | HIDALGO COUNTY             TEXAS | | | |





EMC, INC. PROJECT NO.: 19034

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-HRL-2025-1
Owner:  Juan Mercado, et al.
Acres:  1.773


     The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

     Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is THREE THOUSAND ONE HUNDRED TEN DOLLARS AND NO/100 ($3,110.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| 1. **Juan Mercado**<br><br>Mission, Texas 78572 | Affidavits of Heirship, documents #1995-434714, #1995-434715, #1995-434716; filed February 8, 1995, Official Records of Hidalgo County |
| 2. **Armando Mercado, Jr.**<br><br>Mission, Texas 78572 | Affidavit of Heirship, document #2005-1443420; filed March 7, 2005, Official Records of Hidalgo County |
| 3. **Maria Guadalupe Mercado Villarreal a/k/a Maria Guadalupe Mercado Thomas**<br><br>San Juan, Texas 78589 | |
| 4. **Sylvia Mercado Vargas**<br><br>Mission, Texas 78572 | |
| 5. **Herlinda De Leon Mercado**<br><br>Mission, Texas 78572-1412 | Affidavit of Heirship, document #2005-1443420; filed March 7, 2005, Official Records of Hidalgo County |
| 6. **Alejandro Mercado, Jr.**<br><br>Mission, Texas 78572-1412 | |
| 7. **The Unknown Heirs of Adelaida Dominguez Ochoa**<br>Address Unknown | Final Decree of Partition, documents #1935-7758 and #1935-7759, recorded September 26, 1935, volume 408, page 8; Official Records of Hidalgo County |
| 8. **The Unknown Heirs of Sixto Ochoa**<br>Address Unknown | Warranty Deed, document #1965-3553, recorded February 26, 1965; Official Records of Hidalgo County |

| THIS BOX INTENTIONALLY LEFT BLANK | |
|---|---|
| 9.  **Pablo "Paul" Villarreal, Jr.**<br>Hidalgo County Tax Assessor & Collector<br>2804 S. Business Highway 2881<br>Edinburg, Texas 78539 | Taxing Authority |