IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.   7:20-CV-188 |
| | § | |
| 1.773 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; AND JUAN | § | |
| MERCADO, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

## STIPULATION

The United States of America (the "Government") Pablo "Paul" Villarreal, Jr., Hidalgo County, Texas, Hidalgo County Drainage District No. 1, South Texas Independent School District, and South Texas College (the "Taxing Authorities") stipulate and agree as follows:

1. The Taxing Authorities received notice of the Complaint in Condemnation in this case [docket #1] and notice of their right to file a claim to property mentioned in that Order under Fed. R. Civ. P. Supplemental Rule G(2).

2. The Taxing Authorities, through counsel, filed their Verified Claim of Hidalgo County, Texas [docket #16], asserting that they have an interest in the following real property identified as follows:

> Tract: RGV-MCS-2025-1
> Owner: Juan Mercado, et al.
> Acres: 1.773
>
> **BEING** a 1.773 acre tract (77.212 sq. ft.) parcel of land, more or less, being out of a called 4.160 acres, calculated as 4.173 acres, in Hidalgo County, Texas conveyed to Ochoa Sixto, Volume 1109, Page 751.  Said parcel of land more particularly described by metes and bounds as follows;

3.      The Government, its agents, offices and employees had probable cause to seize and institute condemnation proceedings against the property. The property is subject to condemnation pursuant to 40 U.S.C §§ 3113 and 3114.

4.      Based on the distinct facts and circumstances, the Taxing Authorities have a valid interest in the property, specifically, *ad valorem* taxes, penalties and interest.

5.      In consideration of the recognition of Taxing Authorities tax lien and verified claim, the Taxing Authorities release and hold harmless the Government and any agents, employees, and servants of the Government (and any state or local law enforcement agencies and their agents, servants, or employees), acting in their official or individual capacities from any and all claims by them and their agents that currently exist or which may arise as a result of the Government's action(s) against or relating to the property more fully set out in their Petition of Condemnation.

6.      The Taxing Authorities agree to the entry of a Final Judgment as to Just Compensation and Final Order of Distribution providing for payment of their interest (as described in paragraph 4). The Government's obligation under any such Final Order of Distribution to satisfy Taxing Authorities claim shall be limited by the amount of just compensation ultimately determined to be due, offset by any costs set out therein. The Taxing Authorities consent to the drafting and submission of a Final Judgment by the Government, which will be finally approved by the Court.

7.      The Government and Taxing Authorities will bear their own costs and/or attorney's fees.

STIPULATED AND AGREED:

| | |
|---|---|
| ATTORNEY FOR TAXING AUTHORITIES | **RYAN K. PATRICK**<br>United States Attorney<br>Southern District of Texas |
| By: /s/ Douglas Steven Bird<br>**DOUGLAS STEVEN BIRD**<br>Attorney in Charge for Defendant<br>Southern District of Texas No. 343883<br>Texas Bar No. 02331330<br>P.O. Box 17428<br>Austin, TX 78760<br>Telephone: (512) 447-6675<br>Facsimile: (512) 693-0728<br>E-mail:steve.bird@lgbs.com | By:/s/ N. Joseph Unruh<br>**N. JOSEPH UNRUH**<br>Assistant United States Attorney<br>Southern District of Texas No. 1571957<br>Texas Bar No. 24075198<br>1701 W. Bus. Hwy. 83, Suite 600<br>McAllen, TX 78501<br>Telephone: (956) 618-8010<br>Facsimile: (956) 618-8016 |