United States District Court
Southern District of Texas
**ENTERED**
September 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § VS. § § 1.773 ACRES OF LAND, MORE OR § LESS, in HIDALGO COUNTY, TEXAS, et § al., § § Defendants. § | CIVIL ACTION NO. 7:20-cv-00188 |

# ORDER

The Court now considers the "Unopposed Motion by Pablo 'Paul' Villarreal, Jr., et al. to Permit their Attorney to be Excused from Attending the Initial Pretrial and Scheduling Conference set September 15, 2020 at 9:00 a.m."[1] The motion was filed 34 minutes after the Court's order issued cancelling the September 15th conference.[2] Accordingly, the motion is **DENIED AS MOOT**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of September 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 20.
[2] *Compare* Dkt. No. 19 *with* Dkt. No. 20.